UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| VERA BRADLEY DESIGNS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOLLAR TREE STORES, INC. and GREENBRIER INTERNATIONAL, INC. <br><br> Defendants. | Case No.: 1:20-cv-00338-HAB-SLC |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, that pursuant to a settlement reached by the parties, the above-entitled action may be dismissed with prejudice and on the merits, without costs, disbursements, or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered.

Dated: June 11, 2021               Respectfully submitted,

By:    s/ Molly R. Littman
    Michael R. Gray* (MN Bar # 175602)
    Ashley M. Bennett Ewald* (MN Bar # 388301)
    Molly R. Littman* (MN Bar # 398449)
    **LATHROP GPM LLP**
    500 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402
    Phone: 612-632-3000
    Fax: 612-632-4444
    michael.gray@lathropgpm.com
    ashley.ewald@lathropgpm.com
    molly.littman@lathropgpm.com
       *Admitted Pro Hac Vice

By:    s/ Colin Dougherty
    Colin Dougherty
    **FOX ROTHSCHILD LLP**
    321 N. Clark St.
    Suite 1600
    Chicago, IL 60654
    Phone: 610-397-3908
    Fax: 610-397-0450
    cdougherty@foxrothschild.com

    **ATTORNEY FOR DEFENDANTS**

1

47084193v1

And

A. Elizabeth Underwood
**BARNES & THORNBURG LLP**
888 S. Harrison Street
Suite 600
Fort Wayne, IN 46802
Phone: 260-425-4640
Fax: 260-424-8316
elizabeth.underwood@btlaw.com

**ATTORNEYS FOR PLAINTIFF**

47084193v1